```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID NYY, individually and on behalf of all      :
others similarly situated,                        :
                                                  :
                            Plaintiff,            :
                                                  :        ORDER
                v.                                :        22-CV-1167 (WFK) (LB)
                                                  :
TELEFONAKTIEBOLAGET LM ERICSSON,                  :
et al.,                                           :
                                                  :
                            Defendants.           :
------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

Because of the ongoing COVID-19 pandemic, the Court has suspended its pre-motion conference requirement. Therefore, the Court DENIES as moot the Individual Defendants' request for a pre-motion conference, ECF No. 40, and GRANTS the Individual Defendants leave to file the anticipated motion. The Court ORDERS the following briefing schedule:

- The Individual Defendants shall submit the motion by Friday, December 16, 2022 at 5:00 P.M.;

- Plaintiff shall submit a response by Friday, February 10, 2023 at 5:00 P.M.; and

- The Individual Defendants shall submit a reply, if any, by Friday, March 10, 2023 at 5:00 P.M.

As a courtesy, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall

electronically file their individual motion papers by 5:00 P.M.

**SO ORDERED.**

                                     **s/ WFK**
                               _____
                               HON. WILLIAM F. KUNTZ, II
                               UNITED STATES DISTRICT JUDGE

Dated: October 18, 2022
       Brooklyn, New York