# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 24, 2022

Via ECF

The Honorable William F. Kuntz,
   United States District Court for the Eastern District of New York,
     225 Cadman Plaza East,
      Brooklyn, New York 11201.

        Re: *In re Telefonaktiebolaget LM Ericsson Sec. Litig.*, No. 22-cv-1167-WFK

Dear Judge Kuntz:

    On behalf of Defendants Telefonaktiebolaget LM Ericsson ("Ericsson"), Börje Ekholm, Carl Mellander and Xavier Dedullen ("Individual Defendants"), I write to seek clarification of the Court's October 18, 2022 Order. (Dkt. 42.) Defendants' October 10, 2022 pre-motion letter was submitted on behalf of all Defendants, including Ericsson, and I respectfully seek clarification that the Order also applies to Ericsson.

        Respectfully submitted,

        */s/ Robert J. Giuffra, Jr.*

        Robert J. Giuffra, Jr.

        *Counsel for Defendants*
        *Telefonaktiebolaget LM Ericsson,*
        *Börje Ekholm, Carl Mellander, and*
        *Xavier Dedullen*

cc: All parties of record (by ECF)