UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
:
:
IN RE TELEFONAKTIEBOLAGET LM : **ORDER**
ERICSSON SECURITIES LITIGATION : 22-CV-1167 (WFK) (LB)
:
:
:
:
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In response to ECF No. 43, the Court notes that its October 18, 2022 Order also applies to Ericsson. *See* ECF No. 42.

**SO ORDERED.**

**s/ WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 24, 2022
      Brooklyn, New York