# Sullivan & Cromwell LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

---

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 16, 2022

Via Email and ECF

Michael P. Canty,
 Labaton Sucharow LLP,
  140 Broadway,
   New York, New York 10005.

    Re: *In re Telefonaktiebolaget LM Ericsson Sec. Litig.*, No. 22-cv-1167-WFK

Dear Mr. Canty:

  We represent Defendants Telefonaktiebolaget LM Ericsson, Börje Ekholm, Carl Mellander, and Xavier Dedullen in the above-referenced action. Pursuant to Section III.G.1 of the Court's Individual Motion Practices and Rules and the Court's October 18, 2022 Order (Dkt. 42), enclosed please find:

1. Defendants' Notice of Motion to Dismiss the Amended Complaint;

2. Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint; and

3. Declaration of David M.J. Rein, with supporting exhibits.

  These documents will be filed on ECF when the motion is fully briefed.

        Sincerely,

        */s/ Robert J. Giuffra, Jr.*

        Robert J. Giuffra, Jr.

        *Counsel for Defendants*
        *Telefonaktiebolaget LM Ericsson,*
        *Börje Ekholm, Carl Mellander, and*
        *Xavier Dedullen*

(Enclosures)

cc: The Honorable William F. Kuntz (by ECF, without enclosures)