

Michael P. Canty
Partner
212 907 0863  direct
212 907 0700  main
212 883 7063  fax
mcanty@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

February 10, 2023

**VIA E-MAIL**

Robert J. Giuffra, Jr.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

RE:     *In re Telefonaktiebolaget LM EricssonSec. Litig.*, No. 22-cv-1167-WFK
          Service of Opposition to Defendant's Motion to Dismiss

Dear Mr. Giuffra:

      Lead Plaintiff writes pursuant to Section III.G.1 of the Court's Individual Motion Practices and Rules and the Court's October 18, 2022 Order (ECF No. 42).  Lead Plaintiff has enclosed:

Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint

Lead Plaintiff will file a copy of its opposition papers when the motion is fully briefed.

                                                       Sincerely,

                                                       */s/ Michael P. Canty*

                                                       Michael P. Canty

                                                       *Lead Counsel for Lead Plaintiff*
                                                       *Boston Retirement System and the*
                                                       *Proposed Class*

(Enclosures)

cc:      The Honorable William F. Kuntz (by ECF, without enclosures)