UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                        :
                        :
IN RE TELEFONAKTIEBOLAGET LM   :   Case No. 1:22-cv-01167-WFK-LB
ERICSSON SECURITIES LITIGATION  :
                        :
---------------------------------------------------------------x

## DEFENDANTS' NOTICE OF MOTION TO DISMISS
## THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon (i) Defendants' Memorandum of Law in Support of Motion to Dismiss the Amended Complaint, and (ii) the Declaration of David M.J. Rein, dated December 16, 2022, and the exhibits attached thereto, Defendants Telefonaktiebolaget LM Ericsson, Börje Ekholm, Carl Mellander, and Xavier Dedullen move this Court, before the Honorable William F. Kuntz, United States District Judge, in Courtroom 6H North, 225 Cadman Plaza East, Brooklyn, New York, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended Complaint (Dkt. 39), and for such other and further relief as this Court deems appropriate.

Dated: December 16, 2022

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
David M.J. Rein
Jacob G. Singer
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  212-558-4000
Fax:  212-558-3558
giuffrar@sullcrom.com
reind@sullcrom.com
singerja@sullcrom.com

*Counsel for Defendants Telefonaktiebolaget LM Ericsson, Börje Ekholm, Carl Mellander, and Xavier Dedullen*