UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                :

IN RE TELEFONAKTIEBOLAGET LM      :    Case No. 1:22-cv-01167-WFK-LB
ERICSSON SECURITIES LITIGATION     :

                                                :
------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF DAVID M.J. REIN

I, David M.J. Rein, hereby declare under penalty of perjury as follows:

1. I am a member of the Bar of this Court and of Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action.

2. I respectfully submit this Supplemental Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

3. Attached as Exhibits 53 through 57 hereto are true and correct copies of the following documents (excerpted where indicated):

Exhibit 53    Letter from Damian Williams to The Honorable Laura Taylor Swain, dated March 2, 2023 in *United States* v. *Telefonaktiebolaget LM Ericsson*, No. 19 Crim. 884 (LTS) (S.D.N.Y.) (Dkt. 28), containing the following attachments:

            Attachment A: Plea Agreement, Factual Basis for Breach, and Statement of Facts.

            Attachment B: Certificate of Corporate Resolutions.

Attachment C: Corporate Compliance Program.

Attachment D: Independent Compliance Monitor.

Attachment E: Certification.

Attachment F: Certification.

| | |
|---|---|
| Exhibit 54 | Department of Justice Press Release titled "Ericsson to Plead Guilty and Pay Over $206M Following Breach of 2019 FCPA Deferred Prosecution Agreement," dated March 2, 2023, from the Department of Justice's website. |
| Exhibit 55 | Ericsson Press Release titled "U.S. Department of Justice Resolves 2019 Deferred Prosecution Agreement Breaches with Ericsson," dated March 2, 2023, from Ericsson's website. |
| Exhibit 56 | Report of Foreign Issuer of Telefonaktiebolaget LM Ericsson filed on Form 6-K with the SEC on April 23, 2014 (excerpts). |
| Exhibit 57 | A Resource Guide to the U.S. Foreign Corrupt Practices Act, Criminal Division of the United States Department of Justice & the Enforcement Division of the United States Securities and Exchange Commission (2d ed. 2020) (excerpts). |

Executed on March 10, 2023 in New York, New York.

_David M.J. Rein_ (signature)

David M.J. Rein