# Exhibit 56

6-K 1 d714009d6k.htm FORM 6-K

Table of Contents

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 6-K

### REPORT OF FOREIGN ISSUER
Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

April 23, 2014

# LM ERICSSON TELEPHONE COMPANY
(Translation of registrant's name into English)

Torshamnsgatan 21, Kista
SE-164 83, Stockholm, Sweden
**(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.
Form 20-F  ☒    Form 40-F  ☐

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.    Yes  ☐    No  ☒

Announcement of LM Ericsson Telephone Company, dated April 23, 2014 regarding "First Quarter Report 2014"

## SIGNATURES

    Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Telefonaktiebolaget LM Ericsson (publ)

By:     /s/ NINA MACPHERSON
**Nina Macpherson**
**Senior Vice President and**
**General Counsel**

By:     /s/ HELENA NORRMAN
**Helena Norrman**
**Senior Vice President**
**Corporate Communications**

Date: **April 23, 2014**



First quarter report 2014 Stockholm, April 23, 2014

| FIRST QUARTER HIGHLIGHTS | Read more (page) |
|---|---|
| • Sales in the quarter were SEK 47.5 (52.0) b. Sales for comparable units, adjusted for currency, decreased -7% YoY and -28% QoQ | 3 |
| • Sales declined YoY, primarily in North America and Japan but partly offset by China, Middle East and Latin America | 2 |
| • Business mix in the quarter was mainly driven by mobile broadband capacity projects. With current visibility, key contracts awarded will gradually impact sales and business mix, mainly in the second half of the year. | 2 |
| • Operating margin improved YoY in all segments to 5.5% (4.0%) mainly driven by mobile broadband capacity sales and lower restructuring charges | 3 |
| • Operating income amounted to SEK 2.6 (2.1) b. | 5-7 |
| • Cash flow from operating activities was SEK 9.4 b. driven by the payment from Samsung related to the new license agreement as well as reduced trade receivables. | 11 |

| SEK b. | Q1 2014 | Q1 2013 | YoY change | Q4 2013 | QoQ change |
|---|---|---|---|---|---|
| Net sales | **47.5** | 52.0 | -9% | 67.0 | -29% |
| *Sales growth adj. for comparable units and currency* | — | — | -7% | — | -28% |
| Gross margin | **36.5%** | 32.0% | — | 37.1% | — |
| Operating income | **2.6** | 2.1 | 25% | 9.1 | -71% |
| Operating margin | **5.5%** | 4.0% | — | 13.5% | — |
| Net income | **1.7** | 1.2 | 41% | 6.4 | -74% |
| EPS diluted, SEK | **0.65** | 0.37 | 76% | 1.97 | -67% |
| EPS (Non-IFRS), SEK [1] | **0.90** | 0.99 | -9% | 2.42 | -63% |
| Cash flow from operating activities | **9.4** | -3.0 | — | 14.6 | -36% |
| Net cash, end of period | **43.6** | 32.2 | 35% | 37.8 | 15% |

[1] EPS, diluted, excl. amortizations and write-downs of acquired intangible assets, and restructuring

Ericsson First Quarter Report 2014                                                                                                                       1

Table of Contents

Regional sales

| SEK b. | First quarter 2014 | | | | Change | |
| --- | --- | --- | --- | --- | --- | --- |
| | Networks | Global Services | Support Solutions | Total | YoY | QoQ |
| North America | 6.5 | 5.0 | 0.6 | **12.2** | -23% | -11% |
| Latin America | 2.4 | 2.0 | 0.2 | **4.7** | 8% | -30% |
| Northern Europe and Central Asia | 1.4 | 1.0 | 0.1 | **2.4** | 7% | -34% |
| Western and Central Europe | 1.8 | 2.5 | 0.1 | **4.4** | 1% | -16% |
| Mediterranean | 2.0 | 2.6 | 0.2 | **4.8** | -9% | -32% |
| Middle East | 1.8 | 1.9 | 0.2 | **3.9** | 22% | -35% |
| Sub-Saharan Africa | 0.7 | 0.8 | 0.3 | **1.8** | -15% | -30% |
| India | 0.9 | 0.7 | 0.1 | **1.7** | 6% | -14% |
| North East Asia | 2.8 | 2.0 | 0.1 | **4.9** | -19% | -43% |
| South East Asia and Oceania | 1.9 | 1.5 | 0.1 | **3.4** | -17% | -20% |
| Other [1] | 2.2 | 0.3 | 0.8 | **3.3** | 12% | -55% |
| **Total** | **24.4** | **20.4** | **2.8** | **47.5** | **-9%** | **-29%** |

[1] Region "Other" includes licensing revenues, broadcast services, power modules, mobile broadband modules, Ericsson-LG Enterprise and other businesses.

**North America**

Lower mobile broadband coverage project activity resulted in a Networks sales decline as well as lower network rollout sales, partly offset by network quality and capacity expansion sales. Network ICT transformation drives a strong professional services business, including the modernization of OSS and BSS.

**Latin America**

Sales increased YoY driven by operators' investments to increase 3G network quality as well as LTE deployments in Chile and Brazil.

**Northern Europe and Central Asia**

Sales continued to grow YoY mainly driven by mobile broadband infrastructure investments in Russia. The positive development in Professional Services continued YoY driven by operator focus on network quality. The non-operator business in the Nordics showed stable growth.

**Western and Central Europe**

Sales were stable YoY. Network performance drives investments in 3G and LTE as well as services. Support Solutions increased YoY with the inclusion of Mediaroom, and increases in OSS and BSS.

**Mediterranean**

Sales declined YoY as major network modernization projects peaked early 2013. Business activity was lower in Italy and Spain, primarily due to operator consolidation discussions. There is an increasing demand for professional services, driven by managed services.

**Middle East**

Sales continued to grow YoY mainly driven by mobile broadband infrastructure deployments in Iraq, Pakistan and Saudi Arabia. In the quarter activities in Turkey were low and 4G deployments are delayed. Demand for professional services continued as operators seek network performance quality and operational efficiencies.

**Sub-Saharan Africa**

Network sales declined due to reduction in capex spend by a major customer. The negative development was partly offset by continued strong sales in OSS and BSS.

**India**

Sales grew YoY mainly due to network traffic growth in response to increasing smartphone penetration and data usage. Spectrum auctions were concluded in the quarter with operators securing necessary spectrum in their existing circles.

**North East Asia**

Sales decreased YoY as a result of lower network investment levels in Japan and the continued structural decline of GSM in China. The decline was partly offset by execution on previously awarded 4G/LTE contracts in China.