# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*

*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 10, 2023

<u>Via FedEx and ECF</u>
The Honorable William F. Kuntz,
   United States District Court for the Eastern District of New York,
      225 Cadman Plaza East,
         Brooklyn, New York 11201.

          Re:  <u>In re Telefonaktiebolaget LM Ericsson Sec. Litig.</u>, No. 22-cv-1167-WFK

Dear Judge Kuntz:

        We represent Defendants Telefonaktiebolaget LM Ericsson, Börje Ekholm, Carl Mellander, and Xavier Dedullen in the above-referenced action. Pursuant to Section III.G.1 of Your Honor's Individual Motion Practices and Rules and the Court's October 18, 2022 Order (Dkt. 42), enclosed are courtesy copies of the following motion papers concerning Defendants' Motion to Dismiss the Amended Complaint:

1. Defendants' Notice of Motion to Dismiss the Amended Complaint (Dkt. 47);

2. Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint (Dkt. 48);

3. Declaration of David M.J. Rein, with supporting exhibits (Dkt. 49);

4. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Dkt. 50);

5. Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Complaint (Dkt. 51); and

6. Supplemental Declaration of David M.J. Rein, with supporting exhibits (Dkt. 52).

Defendants respectfully request oral argument. We thank the Court for its continued attention to this matter.

Respectfully submitted,

Robert J. Giuffra, Jr.

*Counsel for Defendants*
*Telefonaktiebolaget LM Ericsson,*
*Börje Ekholm, Carl Mellander, and*
*Xavier Dedullen*

(Enclosures (via FedEx only))

cc: Counsel of Record (without enclosures, via FedEx and ECF)
     Magistrate Judge Lois Bloom (without enclosures, via FedEx and ECF)