UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                         :

                                         :

IN RE TELEFONAKTIEBOLAGET LM         :   **ORDER**
ERICSSON SECURITIES LITIGATION       :   22-CV-1167 (WFK) (LB)

                                           :

                                         :
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      The Court hereby directs the parties to appear for oral arguments on Defendants'

Motion to Dismiss the Amended Complaint on Monday, March 20, 2023 at 2:00 P.M. in

Courtroom 6H North, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn,

New York, 11201, before the Honorable William F. Kuntz, II.

                                SO ORDERED.

                              s/ WFK

                              HON. WILLIAM F. KUNTZ, II
                              UNITED STATES DISTRICT JUDGE

Dated: March 10, 2023
       Brooklyn, New York