# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 14, 2023

Via ECF

The Honorable William F. Kuntz,
   United States District Court for the Eastern District of New York,
     225 Cadman Plaza East,
      Brooklyn, New York 11201.

         Re:   *In re Telefonaktiebolaget LM Ericsson Sec. Litig.*, No. 22-cv-1167-WFK

Dear Judge Kuntz:

      On behalf of Defendants Telefonaktiebolaget LM Ericsson, Börje Ekholm, Carl Mellander and Xavier Dedullen, I respectfully write in accordance with Rule I.C.4 of the Court's Individual Motion Practices and Rules to request a short adjournment of the oral argument on Defendants' Motion to Dismiss the Amended Complaint, currently scheduled for March 20, 2023 at 2:00 p.m. I have a longstanding commitment on March 20, in which I will be playing a leadership role, in connection with a pending litigation in federal court. It will not be practical to reschedule this time-sensitive commitment, which involves multiple law firms, clients and advisors. Plaintiff does not object to this request. The parties have conferred and counsel for all parties are available on the following dates: March 23, 2023 (morning); March 24, 2023 (afternoon); April 18, 2023 (afternoon); and April 20, 2023 (morning). In the event that the Court is not available at those times, the parties will confer and provide additional dates to the Court. No party has previously sought an adjournment of this hearing.

                               Respectfully submitted,

                               */s/ Robert J. Giuffra, Jr.*

                               Robert J. Giuffra, Jr.

                               *Counsel for Defendants*
                               *Telefonaktiebolaget LM Ericsson,*
                               *Börje Ekholm, Carl Mellander, and*
                               *Xavier Dedullen*

cc:    All parties of record (by ECF)