UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IN RE TELEFONAKTIEBOLAGET LM ERICSSON SECURITIES LITIGATION

Case No. 1:22-cv-01167-WFK-LB

---

## SUPPLEMENTAL DECLARATION OF DAVID M.J. REIN

I, David M.J. Rein, hereby declare under penalty of perjury as follows:

1. I am a member of the Bar of this Court and of Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action.

2. I respectfully submit this Supplemental Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

3. Attached as Exhibit 58 hereto is a true and correct copy of the following document:

| Exhibit 58 | Transcript of Ericsson's conference call for journalists, financial analysts, and investors, dated September 26, 2019, from Thompson Reuters StreetEvents. |

Executed on March 17, 2023 in Columbus, Ohio.

*/s/ David R.*

David M.J. Rein