UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE TELEFONAKTIEBOLAGET LM
ERICSSON SECURITIES LITIGATION,

                                                                                                            JUDGMENT
                                                                                                            22-CV-1167 (WFK) (LB)

------------------------------------------------------------ X

       A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on May 24, 2023, granting Defendants' motion to dismiss in its entirety; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted in its entirety.

Dated: Brooklyn, NY                                                                        Brenna B. Mahoney
       May 25, 2023                                                                           Clerk of Court

                                                                                                       By: */s/Jalitza Poveda*
                                                                                                              Deputy Clerk